UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
In re:

WILLIAM KLUG

                Debtor.
-----------------------------------X

**AFFIRMATION REGARDING SECTION 521 DISCLOSURE**

Case No.: 8-11-77529

WILLIAM KLUG, states the following, under penalty of perjury:

1. I am the debtor in the above captioned case.
2. I have received only one paycheck in the 60 days prior to the bankruptcy filing on October 24, 2011.
3. I have filed that one paycheck with the Court herein.

                                                  WILLIAM KLUG, debtor

Sworn to before me this
26 Day of October, 2011

Notary of the State of New York
County
Commission expires December 31, 19 20