```
                          United States Bankruptcy Court
                           Eastern District of New York

In re:                                                       Case No. 11-77529-reg
William T. Klug                                              Chapter 7
       Debtor               CERTIFICATE OF NOTICE

District/off: 0207-8       User: swu              Page 1 of 3        Date Rcvd: Apr 02, 2012
                           Form ID: 253           Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2012.
db          +William T. Klug,   PO Box 2608,   North Babylon, NY 11703-0608
smg         +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY 11201-3719
smg         +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg         +NYS Unemployment Insurance,   Attn: Isolvency Unit,   Bldg. #12, Room 256,
              Albany, NY 12240-0001
7427622     +Able Credit Services,    623 River Road,   Suite 2G,   Fair Haven, NJ 07704-3267
7427628     +Capital One Bank,   C/O Northland Group,    P.O. Box 390846,   Minneapolis, MN 55439-0846
7427631     +Ctech Coll (original Creditor:med1,   5505 Nesconset Hwy Suite 200,   Mount Sinai, NY 11766-2026
7427632     +Dr. Richard G. Shinbrot,   One Stuart Gate Office B,   N. Massapequa, NY 11758-2456
7427635     +Lvnv Funding Llc (original Creditor,   Po Box 740281,   Houston, TX 77274-0281
7427637     +South Shore Adjustment Co,   C/O Hope Greenberg,   2650 Merrick Road - Ste 101,
              Bellmore, NY 11710-5715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QRLPRYOR.COM Apr 02 2012 18:33:00      Robert L. Pryor,   Pryor & Mandelup LLP,
              675 Old Country Road,   Westbury, NY 11590-4513
smg         +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Apr 02 2012 18:58:06      United States Trustee,
              Office of the United States Trustee,   Long Island Federal Courthouse,   560 Federal Plaza,
              Central Islip, NY 11722-4456
7427623     +EDI: AMEREXPR.COM Apr 02 2012 18:33:00      Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
7427624      EDI: ACCE.COM Apr 02 2012 18:33:00      Asset Acceptance LLC,   PO Box 2036,
              Warren, MI 48090-2036
7427625     +EDI: BANKAMER2.COM Apr 02 2012 18:33:00      Bank Of America,   Po Box 15311,
              Wilmington, DE 19850-5311
7427626     +EDI: BANKAMER2.COM Apr 02 2012 18:33:00      Bank Of America,   Po Box 1598,
              Norfolk, VA 23501-1598
7427627      EDI: CAPITALONE.COM Apr 02 2012 18:33:00      Cap One,   Po Box 85520,   Richmond, VA 23285
7427630      EDI: CHRYSLER.COM Apr 02 2012 18:33:00      Chrysler Financial,   5225 Crooks Rd Ste 140,
              Troy, MI 48098
7478456      EDI: RECOVERYCORP.COM Apr 02 2012 18:33:00      Capital Recovery IV LLC,
              c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
7427629     +EDI: CHASE.COM Apr 02 2012 18:33:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
7427633     +E-mail/Text: BKNOTICES@EAFLLC.COM Apr 02 2012 18:57:18      Eaf Llc (original Creditor:08 Chase,
              1120 West Lake Co Suite B,   Buffalo Grove, IL 60089-1970
7427634     +EDI: HFC.COM Apr 02 2012 18:33:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
7427636     +EDI: TSYS2.COM Apr 02 2012 18:33:00      Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
7427638     +EDI: CITICORP.COM Apr 02 2012 18:33:00      Thd/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Robert L. Pryor,   Pryor & Mandelup LLP,   675 Old Country Road,   Westbury, NY 11590-4513
7427639    ##+Wachovia Mortgage FSB,   PO Box 900001,   Raleigh, NC 27675-9001
                                                                                    TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0207-8          User: swu              Page 2 of 3            Date Rcvd: Apr 02, 2012
                              Form ID: 253           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2012**              **Signature:**          *Joseph Speetjens*

```
District/off: 0207-8          User: swu                    Page 3 of 3                  Date Rcvd: Apr 02, 2012
                              Form ID: 253                 Total Noticed: 24

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2012 at the address(es) listed below:
              David   Baram    on behalf of Debtor William Klug dbaram@baramkaiserlaw.com
              Robert L. Pryor    rlp@pryormandelup.com, rpryor@ecf.epiqsystems.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**Form B18** (Official Form 18)(12/01/2007)

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

| | |
|---|---|
| IN RE: | CASE NO: 8−11−77529−reg |
| William T. Klug | |
| PO Box 2608<br>North Babylon, NY 11703 | |
| Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address. | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−3462 | |
| DEBTOR(s) | |

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED**:

The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: April 2, 2012      s/ Robert E. Grossman
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/01/2007)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**